USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REDCELL CORP. and REDCELL SYSTEMS, LLC,

        Plaintiffs,

-against-

A.J. TRUCCO, INC. and TRUCCONOVA, LLC,

        Defendants.

20 Civ. 18 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for May 5, 2021, is ADJOURNED *sine die*.

SO ORDERED.

Dated: May 4, 2021
      New York, New York

ANALISA TORRES
United States District Judge