UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REDCELL CORP. and REDCELL SYSTEMS, LLC,

                              Plaintiffs,

-v-

A.J. TRUCCO, Inc. and TRUCCONOVA, LLC,

                              Defendants.

CIVIL ACTION NO.: 20 Civ. 18 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, the Court orders as follows:

1. Defendants shall promptly produce their tax returns for the years 2018 and 2019, and, if they exist, for the years 2020 and 2021. If tax returns for any of these years do not exist, Defendants shall produce any existing financial statements reflecting their annual revenue for the relevant time period;

2. Expert discovery is extended as follows:

    a. Defendants shall serve their expert report by **June 14, 2021**;

    b. Plaintiffs shall serve their rebuttal report by **June 28, 2021**;

    c. Expert depositions shall be completed by **July 19, 2021**;

    d. By **July 26, 2021**, the parties shall file a letter certifying the completion of expert discovery. The letter should indicate whether the parties would like the Court to conduct a settlement conference;

3. Defendants shall file their motion for leave to amend their Answer in accordance with the following briefing schedule:

   a. Defendants' motion is due by **May 24, 2021**;

   b. Plaintiffs' opposition is due by **June 2, 2021**; and

   c. Defendants' reply, if any, is due by **June 9, 2021**.

Dated:     New York, New York
             May 13, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**