UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REDCELL CORP and REDCELL SYSTEMS, LLC,

              Plaintiffs,

-v-

A.J. TRUCCO, INC., and TRUCCONOVA, LLC,

              Defendants.

CIVIL ACTION NO.: 20 Civ. 18 (AT) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Per the parties' request (ECF Nos. 72, 73), the Court scheduled a settlement conference for October 12, 2021 at 10:00 am (ECF No. 75).  Although the parties timely submitted their pre-conference letters pursuant to ECF No. 75, it is apparent to the Court from those letters that a settlement conference will not be productive at this time.

Accordingly, the October 12 settlement conference is hereby CONVERTED to a telephone status conference, which will take place on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:       New York, New York
                October 7, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**