UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REDCELL CORP and REDCELL SYSTEMS, LLC,

           Plaintiffs,

-v-

A.J. TRUCCO, INC., and TRUCCONOVA, LLC,

           Defendants.

CIVIL ACTION NO.: 20 Civ. 18 (AT) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

As discussed at the telephone conference held today, December 1, 2021, the parties' proposed briefing schedule for their anticipated <u>Daubert</u> motions (ECF Nos. 78, 79) is ADOPTED, and the Court orders as follows:

1. By **December 20, 2021**, Defendants shall file their motion ("Defendants' Motion");

2. By **January 18, 2022**, Plaintiffs shall file their cross-motion ("Plaintiffs' Motion") and their opposition to Defendants' Motion;

3. By **February 22, 2022**, Defendants shall file their reply, if any, in further support of their Motion and their opposition to Plaintiffs' Motion; and

4. By **March 14, 2022**, Plaintiffs' shall file their reply, if any, in further support of their Motion.

Dated:    New York, New York
           December 1, 2021

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**