UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REDCELL CORP. and REDCELL SYSTEMS, LLC,

                       Plaintiffs,

-against-

A.J. TRUCCO, INC. and TRUCCONOVA, LLC,

                       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/29/2022_

20 Civ. 18 (AT) (SLC)

**ORDER**

ANALISA TORRES, District Judge:

    By **September 12, 2022**, the parties shall notify the Court whether they intend to file motions for summary judgment.

    SO ORDERED.

Dated: August 29, 2022
       New York, New York

                                                  ANALISA TORRES
                                              United States District Judge