```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___9/12/2022_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REDCELL CORP. and REDCELL SYSTEMS, LLC,

                Plaintiffs,

-against-

AJ TRUCCO, INC. and TRUCCONOVA, LLC,

                Defendants.

20 Civ. 18 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Trial in this matter is set to begin on **November 13, 2023**, at **9:00 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Accordingly:

1. By **September 19, 2023**, the parties shall submit any motions *in limine*. Oppositions to any motions *in limine* shall be submitted by **September 26, 2023**.

2. By **September 19, 2023**, the parties shall submit all required pretrial filings, including their proposed joint pre-trial order, requests to charge, verdict form, and voir dire questions in accordance with Paragraphs V.B, V.C, and V.D of the Court's Individual Practices in Civil Case. The parties shall also email copies of these submissions to Torres_NYSDChambers@nysd.uscourts.gov as Word Documents.

3. By **September 19, 2023**, the parties shall deliver to the Court one copy of each documentary exhibit sought to be admitted, pre-marked (*i.e.*, labeled with exhibit stickers) and assembled sequentially in a loose-leaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference in accordance with Paragraph V.C(v) of the Court's Individual Practices in Civil Cases.

4. Counsel for all parties shall appear for a final pretrial conference on **November 7, 2023**, at **11:00 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

5. Prior to the final pre-trial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter. In addition, by **August 19, 2023**, the parties shall advise if they wish to be referred to a magistrate judge for settlement purposes.

    SO ORDERED.

Dated: September 12, 2022
       New York, New York

                                                    _____
                                                       ANALISA TORRES
                                                    United States District Judge