UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REDCELL CORP., et al.,

                      Plaintiffs,

        -against-

A.J. TRUCCO, INC., et al.,

                      Defendants.

20-CV-18 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

       It is hereby ORDERED that the parties submit briefing regarding: (1) what notice Defendants had, during discovery, that the joint database, as Plaintiffs refer to it, or backup server, as Defendants refer to it (hereinafter, "Disputed Material"), existed; (2) what notice Defendants had that Plaintiffs intended to rely on the Disputed Material to support their claims; and (3) the relevance of the Disputed Material. The briefs shall be submitted by **November 7, 2023** and shall be no longer than ten pages. Exhibits to the briefing do not count toward the page limit.

       It is further ORDERED that Plaintiffs produce the Disputed Material, with metadata, to Defendants by **November 6, 2023**. Plaintiffs are also ORDERED to produce all documents on their exhibit list, with metadata to the extent applicable, to Defendants by no later than **November 6, 2023**. The Court suggests that Plaintiffs utilize the assistance of an IT specialist in producing the documents with metadata.

       It is further ORDERED that the Joint Pretrial Order, motions *in limine* and any pretrial memoranda shall be filed by **November 13, 2023**. Responses to motions *in limine* and pretrial memoranda shall be filed by **November 20, 2023**. The final pretrial conference is rescheduled

2

for **November 27, 2023** at **12:00 p.m.** As discussed during this morning's conference, trial is set for **December 5, 2023**.

Dated:  November 2, 2023
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
