IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REDCELL CORP., and REDCELL SYSTEMS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>A.J. TRUCCO, INC. and TRUCCONOVA, LLC,<br><br>Defendants. | No. 1:20-cv-00018-JGLC-SLC |

**DEFENDANTS' NOTICE OF MOTION *IN LIMINE* NO. 2
TO EXCLUDE PX-1, 2, 4-22, 24, 27, 29, 32, 33, 36, 38, 39, 43, 62, 66, 68, 75 AND THE INTRODUCTION OR USE OF ANY "DISPUTED MATERIALS" NOT PRODUCED DURING DISCOVERY FOR IMPEACHMENT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and the Declaration of Lawrence Bluestone, Esq., with Exhibits, Defendants A.J. Trucco, Inc. and Trucconova, LLC. ("Defendants") will move before the Hon. Jessica G.L. Clarke, U.S.D.J., at a date and time to be designated by the Court, for an Order, *in limine*, to exclude the introduction or use of any "disputed materials" not produced during discovery.

In accordance with the Court's Order, dated August 3, 2023 (Minute Entry) and Order dated November 2, 2023 (ECF No. 111), responses to Defendants' Motion *In Limine* shall be filed by November 20, 2023.

Dated: November 13, 2023
       New York, NY

Respectfully submitted,

GENOVA BURNS LLC

By:    */s/ Lawrence Bluestone*
       Rajiv D. Parikh, Esq.
       Charles J. Messina, Esq.
       Lawrence Bluestone, Esq.
       GENOVA BURNS LLC
       Trinity Centre
       115 Broadway, 15th Floor
       New York, NY 10006
       Phone: 212-566-7188
       rparikh@genovaburns.com
       cmessina@genovaburns.com
       lbluestone@genovaburns.com

       *Attorneys for Defendants A.J. Trucco, Inc. and Trucconova, LLC*