UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REDCELL CORP, et al.,

                Plaintiffs,

-against-

A.J. TRUCCO, INC., et al.,

                Defendants.

20-CV-18

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Pursuant to the final pretrial conference held on November 27, 2023, it is hereby

ORDERED:

1. The parties are to submit a joint letter by **November 28, 2023** indicating whether all parties agree to a settlement conference with the Court. If the parties do not agree to a conference, the letter should state this without indicating a particular party's position. If the parties agree that this conference would be useful, it will be held on **November 30, 2023** at **10:00 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. A client representative with settlement authority must be present or available by phone.

2. Defendants are to submit their motion regarding Plaintiffs' supplemental expert report by **November 30, 2023**. Plaintiffs are to submit their opposition by **December 5, 2023**. The memoranda of law in support of and in opposition to the motion shall not exceed 10 pages (not including exhibits).

3. Plaintiffs are to submit a joint letter with both parties' positions, not to exceed 3 pages, regarding Defendants' proposed witness Belissa Merely Aguilar Lundeña by **December**

**1, 2023**. The submission to the Court should attach the parties' initial disclosures, which do not count toward the page limit.

4. The parties are to submit their proposed jury instruction on ownership by **December 8, 2023**.

Dated: November 27, 2023
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge